MICHAEL BARON, APPELLANT, v. WALTER WISNOWSKI
ET AL., RESPONDENTS.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose opinion is reported in 102 *N. J. L.* 46.

For the appellant, *Cohen & Klein.*

For the respondents, *James L. R. Lafferty.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—None.